Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

08 CV 0937 JLS POR

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RUBEN BETANCOURT A/K/A RUBEN BETANCOURT SOTO and RAMON MORENO, INDIVIDUALLY and d/b/a MARISCOS LA COSTA DE NAYARIT, <br><br> Defendants. | Case No. _____ <br><br> CERTIFICATION AS TO INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

## PARTIES

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile: (626) 799-9795

1  **Defendant,** Ruben Betancourt a/k/a Ruben Betancourt Soto, individually and d/b/a Mariscos La Costa
2  De Nayarit
3  3695 University Avenue
   San Diego, CA 92104
4
5  **Defendant,** Ramon Moreno, individually and d/b/a Mariscos La Costa De Nayarit
6  3695 University Avenue
7  San Diego, CA 92104

10  Dated: 5/22/08

    LAW OFFICES OF THOMAS P. RILEY, P.C.
    By: Thomas P. Riley
    Attorneys for Plaintiff
    J & J Sports Productions, Inc.

13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///