| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name): PLAINTIFF MARISCOS LA COSTA DE NAYARIT 5/28/0 | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
940 FRONT STREET
SAN DIEGO, CA  92101-8900

PLAINTIFF/PETITIONER
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
BETANCOURT

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER<br>08CV0937JLSPOR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES

3. a. Party served: RUBEN BETANCOURT A/K/A RUBEN BETANCOURT SOTO, INDIVIDUALLY AND D/B/A MARISCOS LA COSTA DE NAYARIT

4. Address where the party was served: 3695 UNIVERSITY AVENUE
   (Business) SAN DIEGO, CA  92104

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: September 2, 2008 at: 11:45 am
   under the following Code of Civil Procedure section:
   SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. E. STALLMAN
   b. ABSOLUTE SERVICE OF LOS ANGELES
   1301 WEST SECOND STREET, SUITE 208
   LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $65.00
   e. I am: (3) registered process server.
   (i) independent contractor
   (ii) Registration No.: 585
   (iii) County: SAN DIEGO

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 9, 2008

E. STALLMAN

Judicial Council Form POS-010 Rev. 01/01/07        PROOF OF SERVICE        11709-1/asgerp